USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELECIA MARTINEZ,

Plaintiffs,

-against-

VIETNAM'S CENTRAL, INC. ET AL,
Defendants.

26-CV-3569

(NSR) ORDER

NELSON S. ROMÁN, United States District Judge:

Defendants   Vietnam's Central, Inc., Tuong Bui, and Kimberly Doan   filed an   Answer on   May 28, 2026 (ECF No.   10)   to   Plaintiff   Melecio Martinez's Complaint,   filed April 30,  2026  (ECF  No.  1).  Thus,  the  Court waives  the  Initial  Pre-Trial  Conference requirement  and  directs  the  parties  to  meet and  confer and  to  submit a  joint proposed  Case   Management   Plan   and Scheduling Order (blank form   attached hereto)  by  June 24, 2026. After  review  and approval  of  the  Scheduling Order,   the Court will   issue   an Order   of  Reference  to Magistrate  Judge  Judith C. McCarthy for  general pretrial   purposes. The   parties   are directed  to   contact  Judge  McCarthy within  seven  (7) business  days  of  the  date  of  the  Order  of  Reference  to schedule a conference.

SO ORDERED.

Dated: June 1, 2026
        White Plains, New York

_____
Nelson S. Román, U.S.D.J.

UNITED STATES DISTRICT COURT                                    Rev. May 2014
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x


                                                    **CIVIL CASE DISCOVERY PLAN**
                                  Plaintiff(s),      **AND SCHEDULING ORDER**
              - against -



                                  Defendant(s).         _____ CV _____ (NSR)


--------------------------------------------------------------x

        This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with
counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

    1.     All parties [consent] [do not consent] to conducting all further proceedings before
           a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).
           The parties are free to withhold consent without adverse substantive consequences.
           (If all parties consent, the remaining paragraphs of this form need not be
           completed.)

    2.     This case [is] [is not] to be tried to a jury.

    3.     Joinder of additional parties must be accomplished by _____.

    4.     Amended pleadings may be filed until _____. Any party
           seeking to amend its pleadings after that date must seek leave of court via motion.

    5.     Interrogatories shall be served no later than _____, and responses
           thereto shall be served within thirty (30) days thereafter.  The provisions of Local
           Civil Rule 33.3 [shall] [shall not] apply to this case.

    6.     First request for production of documents, if any, shall be served no later than
           _____.

    7.     Non-expert depositions shall be completed by _____.

           a.     Unless counsel agree otherwise or the Court so orders, depositions shall not
                  be held until all parties have responded to any first requests for production
                  of documents.

           b.     Depositions shall proceed concurrently.

           c.     Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8.      Any further interrogatories, including expert interrogatories, shall be served no later than _____.

9.      Requests to Admit, if any, shall be served no later than _____.

10.     Expert reports shall be served no later than _____.

11.     Rebuttal expert reports shall be served no later than _____.

12.     Expert depositions shall be completed by _____.

13.     Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14.     **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15.     Any motions shall be filed in accordance with the Court's Individual Practices.

16.     This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.     The Magistrate Judge assigned to this case is the Hon. _____.

18.     If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19.     The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)


SO ORDERED.

Dated: White Plains, New York

_____

_____
Nelson S. Román, U.S. District Judge