USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/25/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELECIO MARTINEZ

                Plaintiff,

        -against-

VIETNAM'S CENTRAL INC. ET AL.,

                Defendants.

26 Civ. 3569 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Parties having informed the Court that they consent to proceeding before the Magistrate Judge, the Court hereby directs the Parties to:

(1) File a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO-85), pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, that includes the signatures of all active parties using the ECF Filing Event "PROPOSED CONSENT TO JURISDICTION BY US MAGISTRATE JUDGE."

                SO ORDERED.

Date: June 25, 2026
    White Plains, New York

                        NELSON S. ROMÁN
                  United States District Judge